

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the interest of I.L. and
D.M.L., children,

No. 11-19-00349-CV

\* From the 35th District Court
of Brown County,
Trial Court No. CV0712414.

\* January 9, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Jesus Felipe Lopez's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.